**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALIBU MEDIA, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:14-cv-02537-SD |
| JOHN DOE, subscriber assigned IP address 76.98.57.155, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 76.98.57.155. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  September____, 2014

                                            Respectfully submitted,

                                            By: ____/s/ *Christopher P. Fiore*____
                                            Christopher P. Fiore
                                            cfiore@fiorebarber.com
                                            Attorneys At Law
                                            418 Main Street, Suite 100
                                            Harleysville, PA 19438
                                            Phone:  215-256-0205
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September____, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                      By: /s/ *Christopher P. Fiore*_____
                                                      Christopher P. Fiore